Fill in this information to identify the case:

United States Bankruptcy Court for the:

SOUTHERN District of NEW YORK
(State)

Case number (If known):_____ Chapter _____

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (If known). For more Information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    MOKE PEACE 2 CORP

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    47-4367082

4. **Debtor's address**

   Principal place of business

   | 1135 | CLAY AVENUE |
   |---|---|
   | Number | Street |

   | Bronx | NY. | 10456 |
   |---|---|---|
   | City | State | ZIP Code |

   BRONX
   County

   Mailing address, if different from principal place of business

   | 195 St. James Place | |
   |---|---|
   | Number | Street |

   P.O. Box

   | BROOKLYN | NEW YORK | 11238 |
   |---|---|---|
   | City | State | ZIP Code |

   Location of principal assets, if different from principal place of business

   | | |
   |---|---|
   | Number | Street |

   | | | |
   |---|---|---|
   | City | State | ZIP Code |

5. **Debtor's website (URL)**    _____

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   __MOKE PEACE 2 CORP_____   Case number (if known)_____
         Name

## 7. Describe debtor's business

**A. Check one:**

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

**B. Check all that apply:**

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
2 3 6 1

## 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

## 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

☒ No
☐ Yes.  District_____ When_____ Case number _____
                                      MM / DD / YYYY
If more than 2 cases, attach a separate list.

        District_____ When__ Case number ____ MM / DD / YYYY

## 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☒ No
☐ Yes.  Debtor_____ Relationship_____ District_____
                                                      When _____
                                                           MM / DD / YYYY
List all cases. If more than 1, attach a separate list.
        Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor __MOKE PEACE 2 CORP__    Case number (if known) _____
         Name

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
City    State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

Debtor __MOKE PEACE 2 CORP_____    Case number (if known)_____
      Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10__ / __02__ / __2019__
             MM / DD / YYYY

X _/s/ Aly_____    __Andy Alege_____
Signature of authorized representative of debtor    Printed name

Title __President_____

**18. Signature of attorney**

X _____    Date _____
Signature of attorney for debtor    MM / DD / YYYY

Printed name _____

Firm name _____

Number _____ Street _____

City _____    State _____    ZIP Code _____

Contact phone _____    Email address _____

Bar number _____    State _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Fill in this information to identify the case and this filing:

Debtor Name __**MOKE PEACE 2 CORP**__

United States Bankruptcy Court for the: __SOUTHERN__ District of __New York__
(State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☑ Schedule H: Codebtors (Official Form 206H)
- ☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☑ Amended Schedule ____
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/02/2019__        X _/s/ Andy Alege_
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

**Andy Alege**
Printed name

**President**
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name __MOKE PEACE @ CORP__

United States Bankruptcy Court for the: __SOUTHERN__ District of __NEW YORK__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | NONE | NONE | NONE | | | | |
| 2 | NONE | NONE | NONE | | | | |
| 3 | NONE | NONE | NONE | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor _____ **MOKE PEACE 2 CORP** _____    Case number (if known) _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————X

IN RE: MOKE PEACE 2 CORP

Debtor

————————————————X

Chapter 11

Case No: _____

### VERIFICATION OF CREDITOR MATRIX / LIST OF CREDITORS

The undersigned Debtor hereby verifies that the Creditor Matrix/List of Creditors herein submitted herein is true and correct to the best of his or her knowledge.

Dated: October 2, 2019

MOKE PEACE 2 CORP

_____
ANDY ALEGE
MOKE PEACE 2 CORP
President

**UNITED STATES BANKRUPTCY COURT**
**SOTHERN DISTRICT OF NEW YORK**
———————————————————X

Chapter 11

IN RE: MOKE PEACE 2 CORP

Case No: _____

Debtor

———————————————————X

LIST OF CREDITORS

1: KORDUM CONSTRUCTION CORP
   69-41 76TH STREET
   MIDDELE VILLAGE NEW YORK 11379

   PROPERTY ADDRESS: 1135 CLAY AVENUE
                     BRONX NEW YORK. 10456.

2: PAME ASSOCIATES LLC
   5 WALLENBERGE CIRCLE
   MONSEY, NEW YORK 10952

   PROPERTY ADDRESS: 249 ST. MARKS AVENUE
                     FREEPORT NEW YORK. 11520

# **CREDIT MATRIX**

1: KORDUM CONSTRUCTION CORP
   69-41 76th Street
   Middle Village New York 11379


2: PAME ASSOCIATES LLC
   5 Wallenberg Circle
   Monsey, New York. 10952

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

IN RE: MOKE PEACE 2 CORP

Chapter 11

Case No: _____

Debtor

------------------------------X

CORPORATE DISCLOSURE STATEMENT
PURSUANT TO E.D.N.Y LBR 1073-3

I, Ronald Fraser, under penalty of perjury state as follows:

1. I am the President of the Debtor in the above captioned matter.

2. There are no corporate entities that own, directly or indirectly, 10% or more of any class of the Debtor's equity interests.

3. I declare under penalty of perjury that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information and belief.

Dated: October 2, 2019

Andy Alege
MOKE PEACE 2 CORP
President

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X

IN RE: MOKE PEACE 2 CORP

Debtor

———————————————X

Chapter 11

Case No: _____

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL BANKRUPTCY RULES 1007 (a)(l)

I, Ronald Fraser, under penalty of perjury state as follows:

1. I am the President of the Debtor in the above captioned matter.

2. There are no corporate entities that own directly or indirectly, 10% or more of any class of the Debtor's equity interests.

3. I declare under penalty of perjury that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information and belief.

Dated: October 2, 2019

Andy Alege
MOKE PEACE 2 CORP
President

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

———————————————————X

Chapter 11

IN RE: MOKE PEACE 2 CORP

Case No: _____

Debtor

———————————————————X

## CORPORATE DISCLOSURE STATEMENT
## PERSUANT TO S.D.N.Y. LBR 1073-3

I, ANDY ALEGE , under penalty of perjury state as follows:

1. I am the President and Secretary of the Debtor in the above captioned matter.

2. There are no corporate entities that own, directly or indirectly, 10% or more of Any class of the Debtor's interests

3. I declared under penalty of perjury that I have read the foregoing statement and that they are true and accurate to the best of my knowledge, information and belief.

Dated: October 2, 2019

Andy Alege
President / Secretary
MOKE PEACE 2 CORP (Debtor)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

IN RE: MOKE PEACE 2 CORP

Debtor

---------------------------------------------------------X

Chapter 11

Case No: _____

## AFFIDAVIT OF NO CASH OR PRE-PETITION BANK ACCOUNTS

I, Ronald Fraser, under penalty of perjury state as follows:

1. I am the President and Secretary of the Debtor in the above captioned matter.

2. That on the date of the Debtor filing the bankruptcy petition the debtor held no cash or any cash equivalents.

3. That on the date of the Debtor filing the bankruptcy petition, the Debtor had no bank accounts.

4. I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information and belief.

Dated: October 2, 2019

_____
Andy Aleg
President / Secretary
MOKE PEACE 2 CORP (Debtor)

Sworn to before me on this

_____ day of October 2, 2019

_____
NOTARY PUBLIC

RICHARD ROACH
NOTARY PUBLIC, State of New York
No. 01RO6000257
Qualified in New York County
Certificate Filed in Kings County
Commission Expires March 4, 20__

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
——————————————————X

Chapter 11

IN RE: MOKE PEACE 2 CORP

Case No: _____

Debtor

——————————————————X

### CORPORTE OWNERSHIP STATEMENT PERSUANT TO
### FEDERAL BANKRUPTACY RULES 1007 (a)(1)

I, ANDY ALEGE, under penalty of perjury state as follows:

1. I am the President and Secretary of the Debtor in the above captioned matter.

2. There are no corporate entities that own, directly or indirectly, 10% or more of Any class of the Debtor's interests

3. I declared under penalty of perjury that I have read the foregoing statement and that they are true and accurate to the best of my knowledge, information and belief.

Dated: October 2, 2019

_____
Andy Alege
President / Secretary
MOKE PEACE 2 CORP (Debtor)