**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

Moke Peace 2 Corp.,

              Debtor.

Case No. 19-13190 (MG)

Chapter 11

ORDER DISMISSING CASE WITH PREJUDICE

On April 16, 2021, the Court issued an order requiring the Debtor to file a written status report in this case on or before 5:00 p.m., April 26, 2021. (ECF Doc. # 20.) The Debtor did not file the report as required. The prior proceedings in this case indicate that the "Debtor's case [filed *pro se*] raises several concerns about fraudulent transfers of property between the Debtor and other entities for no consideration to allow Mr. Alege [who signed the petition as Debtor's President] to avoid foreclosure on the Pame Property and Kordun Property by filing for bankruptcy on the eve of a foreclosure sale." *See* Order dated March 3, 2020 (ECF Doc. # 19). Two orders granting motions to lift the automatic stay and providing *in rem* relief with respect to the Kordun Property (ECF Doc. # 10, entered November 8, 2019) and the Pame Property (ECF Doc. # 18, entered March 3, 2020) were previously entered by the Court.

/ / / /

/ / / /

/ / / /

/ / / /

1

2

**NOW, THEREFORE,** it is hereby Ordered that this case is Dismissed with Prejudice. Absent further order of this Court, the Debtor is hereby barred from filing any new bankruptcy petition under any Chapter of the Bankruptcy Code in this District or in any other District for a period of two years from the date of this Order.

**IT IS SO ORDERED.**

Dated: May 5, 2021
New York, New York

*Martin Glenn*
MARTIN GLENN
United States Bankruptcy Judge

2